UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TAO RUI WU,

                Plaintiff,

        -against-

MAXPHOTO NY CORP., MAX HUANG, TUNG
CHEN YA, JOHN DOE AND JANE DOES # 1-10,

                Defendants.
-----------------------------------------------------------------x

**ORDER**
15-cv-3050 (LDH)(AL)

LaShann DeArcy Hall, United States District Judge:

        On November 15, 2016, United States Magistrate Judge Arlene R. Lindsay issued a Report and Recommendation recommending that this Court approve the parties' August 22, 2016 joint motion for judicial approval of their settlement agreement (ECF Doc. No. 108). The parties were given until November 29, 2016, to file objections to the Report and Recommendation. No objections have been filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)). The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Lindsay's Report and Recommendation in its entirety as the opinion of this Court. The Clerk of the Court is directed to enter judgment in accordance with this order and close the case.

Dated: December 6, 2016
       Brooklyn, New York

                                                  SO ORDERED:

                                                  s/ LaShann DeArcy Hall
                                                  LaShann DeArcy Hall
                                                  United States District Judge